FILED
U.S. DISTRICT COURT
2012 MAR -6 PM 2:18
C. Robinson
CLERK
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILLIAM E. DEKLE,

 Plaintiff,

vs.           CIVIL ACTION NO.: CV211-185

ANTHONY HAYNES; R. E. HOLT;
ROBIN GLADDEN; and ERIC HOLDER,

 Defendants.

# ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that the 10:00 p.m. count interferes with his ability to have eight (8) hours of uninterrupted sleep every night. Plaintiff also asserts that the Magistrate Judge is ignorant of the ill effects generally associated with sleep deprivation, which is the reason the Magistrate Judge recommended the dismissal of Plaintiff's Complaint. However, as the Magistrate Judge noted, Plaintiff fails to establish that his constitutional rights have been violated due to his alleged inability to have eight (8) hours of uninterrupted sleep per night.

Plaintiff's Objections are without merit and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's

Complaint is **DISMISSED** due to his failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 4 day of March, 2012.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA